UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN KOCH,

       Plaintiff,                           Case No. 22-cv-12549
                                              Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER DENYING UNOPPOSED MOTION TO REISSUE SUMMONS BUT EXTENDING DATE OF ORIGINALLY-ISSUED SUMMONS

Pending before the Court is Plaintiff's unopposed Motion to Reissue Summons. Because of a misunderstanding between the Court's office and Plaintiff's attorney, as well as the appearance filed by opposing counsel, service was not perfected within the allotted time, and the Summons in this action expired on January 23, 2023. Counsel for Plaintiff has therefore filed a motion in which she requests that the Court reissue the Summons so that she may effectuate service.

The Court may not reissue the summons. But it will, and does hereby, extend the Summons for an additional forty-five (45) days – until March 27, 2023 – so that Plaintiff may serve Defendant with the Complaint.

**IT IS HEREBY ORDERED** that the Motion to Reissue Summons is DENIED, but the originally-issued Summons is extended until March 27, 2023. Plaintiff shall serve Defendant with the Summons, Complaint, and a copy of this Order, by not later than March 27, 2023.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126